**United States District Court**
For the Northern District of California

1

2

3

4

5                            UNITED STATES DISTRICT COURT

6                            NORTHERN DISTRICT OF CALIFORNIA

7

8    FRANCISCO PALMENO,                          No. C-11-4068 EMC (pr)

9              Petitioner,

10         v.                                     **ORDER EXTENDING DEADLINE**

11   TRIMBLE, Warden,

12             Respondent.
                                        /
13   _____

14

15         Petitioner's request for an extension of time to file his traverse is **GRANTED**.  (Docket # 8.)

16   Petitioner must file and serve his traverse on or before **June 15, 2012.**

17

18         IT IS SO ORDERED.

19

20   Dated:  May 8, 2012

21

22   _____
     EDWARD M. CHEN

23   United States District Judge

24

25

26

27

28