UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO PALMENO,     No. C-11-4068 EMC (pr)

    Petitioner,

    v.     **ORDER EXTENDING DEADLINE**

TRIMBLE, Warden,

    Respondent.
_____/

    Petitioner's request for an extension of time to file his traverse is **GRANTED**.  (Docket # 8.) Petitioner must file and serve his traverse on or before **June 15, 2012.**

    IT IS SO ORDERED.

Dated: May 8, 2012

                                                                 EDWARD M. CHEN
                                                                 United States District Judge