UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PALMENO, | No. C 11-4068 EMC (pr) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| TRIMBLE, Warden, | |
| Respondent. | |

Francisco Palmeno filed this *pro se* action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent moved to dismiss the petition on the ground that state court remedies have not been exhausted for all claims. On July 13, 2012, the Court granted the motion and dismissed the complaint with leave to amend. (Docket # 10.) Petitioner was directed to either file an amended petition that included only his exhausted claims, or in the alternative, to file motion to stay the petition while he exhausts his unexhausted claim in the state courts. Petitioner was warned that if he failed to file a response in the time provided, *i.e.*, within thirty days from the date the order was filed, this action would be dismissed without prejudice.

The deadline has since passed, and Petitioner has failed to file a response. Accordingly, this action is **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
EDWARD M. CHEN
United States District Judge